IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSE LEE FARMER, JR.                                                                    PLAINTIFF

v.                                  Case No. 6:19-cv-06148

DOROTHY M. GRIFFIN, Sergeant, Arkansas Department
of Corrections; LT. ERICA LUCAS, also known as Lt.
Lewis; SGT. JOHN AND/OR JANE DOE, Correctional
Officer, Badge #50536, also known as Jane Doe;
DIRECTOR DEXTER PAYNE; DISCIPLINARY
OFFICER DANIEL GOLDEN                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 3, 2021, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 58). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Amended Complaint (ECF No. 38) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 22nd day of September 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1